IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CR-00256-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERENCE DEVON GARMON | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion, (Doc. No. 77), requesting that the Petition to revoke his supervised release, (Doc. No. 73), be granted in absentia and that his resulting sentence be served concurrently with an undischarged state sentence. In the alternative, he asks for the issuance of a writ of habeas corpus ad prosequendum to resolve the Petition, which has been pending since October 2016. (See also Doc. Nos. 75, 76) (letters requesting writ).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion to Revoke, (Doc. No. 77), within ten (10) days of the entry of this Order.

Signed: November 20, 2017

Robert J. Conrad, Jr.
United States District Judge