UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-cr-00256-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| TERENCE DEVON GARMON | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se requesting that the Court revoke his supervised release and sentence him in absentia concurrently with a state sentence he is serving. (Doc. No. 77).

The government opposes a concurrent sentence, noting that USSG §7B1.3 calls for consecutive sentence in these circumstances. (Doc. No. 79: Response at 2-3). Because the defendant's waiver of his appearance is conditioned upon receiving a concurrent sentence, (Doc. No. 77: Motion at 3), it appears that a hearing will be necessary when he is brought into federal custody.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 77) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, the United States Attorney, the United States Probation Office, and the United States Marshals Service.

Signed: August 29, 2018

Robert J. Conrad, Jr.
United States District Judge